MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN



Tamara Shere Bibb

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Monroe County, Monroe County Animal Control, Selena Smith

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:25-cv-13950
Assigned To : Berg, Terrence G.
Referral Judge: Patti, Anthony P.
Assign. Date : 12/9/2025
Description: CMP BIBB v MONROE COUNTY ET AL (JP)

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Tamara S Bibb |
   | Street Address | 326 Conant Ave |
   | City and County | Monroe, Monroe |
   | State and Zip Code | Michigan, 48161 |
   | Telephone Number | 734-349-8594 |
   | E-mail Address | bibb_tamara@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Monroe County Animal Control |
   | Job or Title (if known) | |
   | Street Address | 100 East Second Street |
   | City and County | Monroe, Monroe |
   | State and Zip Code | Michigan 48161 |
   | Telephone Number | (734) 240-7401 |
   | E-mail Address (if known) | |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Monroe County |
   | Job or Title (if known) | |
   | Street Address | 125 East Second Street |
   | City and County | Monroe, Monroe |
   | State and Zip Code | Michigan, 48161 |
   | Telephone Number | (734) 240-7000 |
   | E-mail Address (if known) | |

2

Defendant No. 3

| | |
|---|---|
| Name | Selena Smith |
| Job or Title (if known) | Animal Control Officer |
| Street Address | 100 East Second Street |
| City and County | Monroe, Monroe |
| State and Zip Code | Michigan 48161 |
| Telephone Number | (734) 240-7400 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question  [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Federal Statutes: 42 U.S.C. § 1983; Fourth Amendment, Fourteenth Amendment (Due Process, possibly Equal Protection, Malicious Prosecution)

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____,
        is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____, and
        has its principal place of business in the State of *(name)*
        _____. *Or* is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$484,000- Violation of statute 42 U.S.C. § 1983; Fourth, Fourteenth Amendment; State law claims of malicious prosecution, abuse of process, negligence

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Claim I –
1. On April 7, 2025, around 1420, at Plaintiff's residence in Monroe County, Michigan, Defendant Selena Smith, acting as an Animal Control Officer, entered Plaintiff's home, due to a complaint concerning the puupies, plaintiff requested officer to come back at 4 pm.
2. In two hours the defendant obtained a warrant under false pretenses and entered the home without conducting a full investigation.
3. Defendant, detective and an officer seized six pit bull puppies from Plaintiff's residence.
4. Defendant left two adult dogs in the home, despite alleging animal cruelty and abandonment.

Claim II – Malicious Prosecution
6. Following the seizure, Defendant initiated felony charges against Plaintiff in Monroe County.
7. Defendant's actions were based on incomplete and misleading information, as no thorough investigation was conducted.
8. Plaintiff was arrested on August 11, 2025, at her Monroe County home due to a warrant issued by Defendant Selena Smith, Monroe County Prosecuting Office and Monroe County Animal Control.
9. Plaintiff had no prior knowledge of the warrant, and no follow-up investigation or phone calls were made to Plaintiff before the arrest, leaving Plaintiff no chance to defend herself.
10. Plaintiff was forced to defend against felony charges without probable cause.
11. Plaintiff suffered reputational harm, emotional distress, and financial loss as a result of the prosecution.

Claim III – Abuse of Authority
10. Defendant used her position as an Animal Control Officer to obtain a warrant under false pretenses.
11. Defendant selectively seized puppies while leaving adult dogs, showing arbitrary enforcement of animal cruelty laws.
12. Plaintiff was harmed by Defendant's abuse of authority, including loss of animals, criminal charges, and damage to reputation.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff asks the Court to order compensation for the loss of six pit bull puppies, valued at approximately $1,500 each, totaling $9,000.
2. Plaintiff asks for reimbursement of legal defense costs incurred as a result of the felony charges, estimated at $25,000.
3. Plaintiff asks for compensation for reputational harm, emotional distress, and ongoing damage to Plaintiff's standing in the community, estimated at $200,000.
4. Plaintiff asks for compensation for financial losses related to missed work and opportunities due to the arrest and prosecution, estimated at $100,000.
5. Plaintiff asks the Court to order punitive damages in the amount of $150,000, to punish Defendant's misuse of authority and deter similar conduct in the future.
6. Plaintiff asks for declaratory relief stating that Defendant's conduct was unlawful, to prevent continuing harm and ensure Plaintiff is not subjected to further arbitrary enforcement.
7. Plaintiff asks for expungement of the felony charges from Plaintiff's record, as the wrongs alleged continue to cause reputational harm and limit opportunities at the present time.
8. Plaintiff asks for any other relief the Court finds just and proper

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 1ST, 20 25.

Signature of Plaintiff _____

Printed Name of Plaintiff  Tamara Bibb

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**
• Plaintiff had no prior knowledge of the warrant before the arrest and was given no opportunity to respond, explain, or defend herself.
• Defendant Selena Smith and Monroe County Animal Control failed to conduct a follow-up investigation or make contact with Plaintiff prior to executing the warrant.
• The seizure of six pit bull puppies while leaving two adult dogs demonstrates arbitrary enforcement and selective treatment.
• Plaintiff continues to suffer reputational harm in the community due to the felony charges, which remain visible in public records.
• Plaintiff has experienced ongoing emotional distress, financial hardship, and damage to her professional standing as a result of Defendant's actions.
• Plaintiff seeks relief not only for past harms but also to prevent continuing and future harm from arbitrary enforcement by Monroe County Animal Control.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: Monroe

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Bibb, Tamara S.

**DEFENDANTS**
Monroe County, Monroe County Animal Control, Selena Smith

(b) County of Residence of First Listed Plaintiff: Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Monroe
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
☐ 1 U.S. Government Plaintiff
■ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT

(Nature of suit table with various categories: CONTRACT, TORTS, FORFEITURE/PENALTY, BANKRUPTCY, OTHER STATUTES, REAL PROPERTY, CIVIL RIGHTS, PRISONER PETITIONS, LABOR, SOCIAL SECURITY, FEDERAL TAX SUITS, IMMIGRATION)

Civil Rights: 440 Other Civil Rights — checked (circled)
442 Employment — checked

## V. ORIGIN
■ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983

Brief description of cause:
unlawful seizure, and malicious prosecution stemming from an animal control officer's warrant obtained under false pretenses.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 484,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: November 30, 2025
SIGNATURE OF ATTORNEY OF RECORD: [signature] Bibb, plaintiff, pro se

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SEAL

UNITED STATES
POSTAL SERVICE®

PRIORITY
MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

RECEIVED
DEC 09 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

FROM:
Tamara Bibb
326 Conant Ave
Monroe MI 48161

TO:
U.S. District Court-Eastern District
of Michigan
Clerk's office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Rm 599
Detroit, MI 48226

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

UNITED STATES
Retail
U.S. POSTAGE PAID
PM
MONROE, MI 48181
DEC 05, 2025
48228
$11.90
RDC 03    0 Lb 4.70 Oz    S2324M502143-8

Check # 51

FLAT R
ONE RATE

9505 6108 6157 5339 3878 99

This package is made from post-consumer waste. Please recycle - again.